FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ JD _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,

      vs.

Erica Victorio

                  Defendant.

Case No.: 8:26 - MJ - 00072

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ S.D. Cal. _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _lack of viable surety, prior failure to appear, issues with substance abuse._

and/or

B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: ___2/2/26___         _Karen E. Scott_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE